IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FRANKIE WASHINGTON, INDIVIDUALLY
AND AS PARENT AND NEXT FRIEND OF
K.W., A MINOR                                                                                                    PLAINTIFF

VS                                                             CIVIL ACTION NO: 3:23-cv-197-CWR-LGI

JACKSON PUBLIC SCHOOL DISTRICT;
IRA PETERSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
SUPERINTENDENT DR. ERRICK L. GREEN, IN
HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
PRINCIPAL RODERICK SMITH, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITIES; AND JOHN AND JANE
DOES 1-5                                                                                                              DEFENDANTS

## NOTICE OF REMOVAL

Comes Now, Defendants in the above-captioned cause, pursuant to 28 U.S.C. pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, and without waiving any of their defenses, hereby gives notice of removal of this case from the Circuit Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi and in support thereof, would show the Court as follows:

### INTRODUCTION

Plaintiff Frankie Washington filed a complaint in the Circuit Court of Hinds County, Mississippi, alleging various negligence claims against Jackson Public School District ("JPS") and both negligent and intentional acts against Ira Peterson, individually and in official capacity. On March 7, 2023, the Hinds County Circuit Court dismissed all claims against JPS and Ira Peterson in his official capacity, with leave to amend pursuant to the strictures of Rule 15 of the Mississippi Rules of Civil Procedure.

On March 9, 2023, Plaintiff filed an amended complaint and among other additions, asserted claims pursuant to 42 U.S.C. § 1983 for claimed substantive due process violations under the 14th Amendment of the United States Constitution. A copy of the entire state court record is attached hereto, including the complaint, as Exhibit "1."

## BASIS FOR REMOVAL

This Court has original jurisdiction over claims arising under the Constitution of the United States and federal law. Pursuant to 28 U.S.C.A. § 1446 (3), any case which was initially not removable may subsequently be removed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

Such is the present case. With the filing of the amended complaint asserting a cause of action under federal law, this Court now has jurisdiction and the matter is ripe for and is being removed to this Court.

All named Defendants consent to removal.

## JURY DEMAND

Plaintiff demanded a jury trial in the state court action.

## CONCLUSION

BASED ON THE FOREGOING, the Defendants remove this case from the Circuit Court, Hinds County, Mississippi to this Court.

    Respectfully submitted,

                      JACKSON PUBLIC SCHOOL DISTRICT, et al.

                      BY:   /s/ Allison P. Fry
                            ALLISON P. FRY, MSB 100725

OF COUNSEL:

STEVEN L. LACEY (MBN 99888)
Sherman & Lacey, LLC
P.O. Box 2681
Madison, MS 39130
Direct: (601) 750-3415
Email: slacey@shermanlaceylaw.com


ALLISON P. FRY, MSB 100725
504 Naples Road
Jackson, MS 39206
Tel:   (601) 519-7556
Email: allisonfry@bellsouth.net

## CERTIFICATE OF SERVICE

  I, Allison P. Fry, certify that I have this day forwarded a copy of the forgoing pleading via the Electronic Court Filing System ("ECF") to all counsel of record registered to received such notices, and to Plaintiff's counsel, TreMarcus D. Rosemon via electronic mail to trosemon@rosemonlaw.com.

  This, the 17th day of March, 2023.

                /s/ Allison P. Fry
                ALLISON P. FRY, MSB 100725