IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **FRANKIE WASHINGTON,** *individually and as parent and next friend of K.W., a minor*, <br><br> *Plaintiff,* <br><br> v. <br><br> **JACKSON PUBLIC SCHOOL DISTRICT, et al.,** <br><br> *Defendants.* | CAUSE NO. 3:23-CV-197-CWR-LGI |

## FINAL JUDGMENT

Having issued a series of Orders resolving all of the federal claims and several of the state claims in this case, this Court finds that this cause should be finally dismissed and closed on the Court's docket.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff's federal claims and previously-adjudicated state claims are dismissed with prejudice. The remaining state-law claims against Defendants Peterson and JPSD are dismissed without prejudice to their refiling in a court of competent jurisdiction.

**SO ORDERED**, this the 26th day of August, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE